**Dismissed and Memorandum Opinion filed December 18, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-11-00753-CV

**SUMMIT INVESTMENT GROUP, L.L.C., Appellant**

**V.**

**CRIMSON EXPLORATION, INC. SUCCESSOR IN INTEREST TO GULFWEST ENERGY, INC., Appellee**

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2008-43391**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 1, 2011. On December 10, 2012, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered dismissed.


PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.